E-FILED
Thursday, 29 January, 2026  02:12:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EDWARD WRENCH, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-02282-EIL |
| | ) |
| NORTH AMERICAN LIGHTING, INC., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff Edward Wrench ("Wrench"), individually and on behalf of all others similarly

situated, moves the Court for an order compelling Defendant North American Lighting, Inc.

("NAL") to answer one particularly Interrogatory and one corresponding Request for Production

of Documents, and in support of this motion, would show the Court as follows:

1.     Wrench served a set of Interrogatories and a Request for Production of

Documents upon the Defendant on February 14, 2024.

2.     Wrench seeks an Order from the Court compelling Defendant NAL Fitness to

provide complete responses to the following discovery:

a.     Interrogatory Number 6; and

b.     Request for Production of Document Number 12.

3.     Consistent with FRCP 37(a), Plaintiff's counsel certifies that counsel for the

parties have met and conferred about this discovery dispute on multiple occasions by telephone

conferences and email exchanges. The dispute concerns Plaintiff's discovery request to obtain

contact information for a group of 170 putative Rule 23 class members in order to provide an

1

expert witness the opportunity to send surveys and/or interview the putative class members about meal breaks and the unpaid, automatically deducted 30 minute meal breaks taken by NAL in violation of both the FLSA and IMWL.

4.     In support of this motion to compel discovery, Wrench files and relies upon his contemporaneously filed Memorandum of Law in Support of His Motion to Compel Discovery and his supporting exhibits.

WHEREFORE, for all of the above and foregoing reasons, Plaintiff requests an order from the Court compelling Defendant to provide complete a response to his Interrogatory Number 6 and his Request for Production of Documents Number 12, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691 Phone
(812) 234-2881 Facsimile
kondras@hkmlawfirm.com

### *RULE 37(a) CERTIFICATION*

I hereby certify that counsel for the parties complied with FRCP 37(a) and met and conferred about the discovery dispute at issue on multiple occasions prior to this motion, including a date as recent as January 21, 2026.

/s/Robert P. Kondras, Jr.

Robert P. Kondras, Jr.
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691 Phone
(812) 234-2881 Facsimile
kondras@hkmlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Rex P. Fennessey
MCMAHON BERGER
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.